# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Stanley St. Vilus, | JUDGMENT IN CASE |
| Plaintiff(s), | 3:18-cv-00475-GCM |
| vs. | |
| Lisa Venturello<br>Gary L. Henderson, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 18, 2018 Order.

October 18, 2018

_____
Frank G. Johns, Clerk
United States District Court